**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

January 7, 2020

**By ECF**

The Honorable P. Kevin Castel (Part I)
United States Courthouse
500 Pearl Street
New York, NY  10007

RE:   **United States v. Arrington, 02-cr-00880 (KTD)**

Dear Judge Castel:

      Pursuant to Judge Broderick's directive, undersigned counsel, the Government, Probation, and representatives from the Bureau of Prisons at Butner FCC conferred today via a telephone conference about the status of Mr. Arrington's confinement and the plan for his release in a way that addresses his limitations and medical needs.  *See* Endorsed letter, ECF No. 21.  A social worker at Butner informed the parties that the discharge plan for Mr. Arrington has been and still is to release him to a skilled nursing facility.  According to the representative from the Probation Office, they do not offer assistance in housing placement, other than making referrals to a shelter, which is not an option for Mr. Arrington given his limitations and needs.  In an effort to discharge Mr. Arrington as planned, the social worker at Butner has made, and continues to make, numerous referrals to nursing facilities in New Jersey close to where Mr. Arrington's daughter resides.  Additionally, the social worker has obtained approval necessary from Medicaid to place Mr. Arrington in a long term care facility.  Unfortunately, to date, none of the referrals have resulted in placement either due to Mr. Arrington's ex-offender status or a lengthy waiting period for a bed.  Alternatively, the Bureau of Prisons indicated that they could release Mr. Arrington to a hospital emergency room at which point his care and placement would no longer be their responsibility.  There is no guarantee, however, that a hospital would be able to provide or place Mr. Arrington into long-term care.

      Accordingly, as directed by Judge Broderick, the parties propose the following plan to adequately address Mr. Arrington's future release from the Federal Medical Center at Butner FCC:

1. Staff at Butner FCC will continue with their efforts to place Mr. Arrington in a skilled nursing facility.
2. Pending placement, Mr. Arrington requests to remain at the Butner Federal Medical Center until February 29, 2020, representing a period of 60 days from his original release date of December 31, 2019.
3. In three weeks, if placement is not yet secured, the parties will confer again to explore and propose an alternative release plan.

In light of the foregoing, Mr. Arrington respectfully requests the Court modify the conditions of supervised release to allow him to remain at the FMC at Butner FCC until a date not to exceed February 29, 2020.  All parties consent to this request.

Respectfully submitted,

*/s/ Amy Gallicchio*

_____

Amy Gallicchio
Assistant Federal Defender

cc:   AUSA Alexander Li
      Mallory Brooks Storus
      USPO Jessica Velez

Application granted with thanks to all for endeavoring to develop a workable plan for Mr. Arrington.
SO ORDERED.
Dated:  1/8/2020

_____
P. Kevin Castel
United States District Judge