UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                            02-cr-880 (PKC)

        -against-                                               ORDER

ALEX ARRINGTON,

                            Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        A teleconference is scheduled for May 27, 2020 at 11:00 a.m.  The call-in information is below:

        Dial-in:       (888) 363-4749

        Access Code:  3667981

        SO ORDERED.

                                                        P. Kevin Castel
                                                  United States District Judge

Dated: New York, New York
       May 20, 2020