UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

   -against-

Alex Arrington,                                      02 CR 880 (PKC)

            Defendant(s)

_____

CASTEL, United States District Judge.

      As a result of a hearing held today and with consent of the defendant, the terms of supervised release are modified to include the following additional condition:

      For the period of one-year, the defendant shall participate in an in-patient treatment program for mental illness and/or cognitive impairment, approved by the United States Probation Office. This period may be extended upon application of Probation and after giving the defendant an opportunity to be heard. The defendant shall continue to take any prescribed medications unless otherwise instructed by the health care provider. The defendant shall contribute to the costs of services rendered based on a defendant's ability to pay and the availability of third-party payments. The Court authorizes the release of available medical, psychological and psychiatric evaluations and reports, including the presentence investigation report, to the treatment provider.

      SO ORDERED.

                                                             P. Kevin Castel
                                                       United States District Judge

Dated: New York, New York
       May 27, 2020