UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                              02-cr-880 (PKC)
                                                              16-cv-4507 (PKC)

    -against-

                                                             <u>ORDER</u>

ALEX ARRINGTON,

                      Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Within 14 days of this Order, counsel for defendant and the government shall confer on the application of <u>Nunez v. United States</u>, No. 18-1803, and <u>Bryant v. United States</u>, No. 18-1141, to defendant's section 2255 motion. If there is agreement between the parties, they shall so state in a letter to the Court to be filed within 30 days. If there is not agreement, then, within 30 days, defendant shall submit a letter brief setting forth his views on the application of <u>Nunez</u> and <u>Bryant</u> to the section 2255 motion. The government shall respond to such a letter brief within 21 days and defendant shall reply within a subsequent 14 days.

        SO ORDERED.

                                                    P. Kevin Castel
                                        United States District Judge

Dated: New York, New York
         July 23, 2020