UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Alex Arrington,

                     *Petitioner*,   :

                                                  02 Cr. 880 (PKC)

                                                  16 Cv. 4507 (PKC)

            v.

United States of America,                  :

                     *Respondent*.

------------------------------------------------------------X

## NOTICE OF VOLUNTARY DISMISSAL

    By its Order dated July 22, 2020 (ECF No. 28), the Court directed undersigned counsel and the government to confer on the application of <u>Nunez v. United States</u>, No. 18-1803, and <u>Bryant v. United States</u>, No. 18-1141, to Mr. Arrington's pending motion filed under 28 U.S.C. § 2255 and, further, to respond to the Court within 30 days. The parties have so conferred.

    Mr. Arrington now wishes to dismiss the motion and hereby gives notice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), that this action is dismissed in its entirety by Petitioner.

SO ORDERED.
Dated: 8/13/2020

*P. Kevin Castel*
United States District Judge

Respectfully submitted,

*/s/ Amy Gallicchio*
_____
Amy Gallicchio
Assistant Federal Defender
Federal Defenders of New York, Inc.
52 Duane Street, 10th Floor
New York, New York 10007
(212) 417-8728
*Counsel for Petitioner*